AUSA JOSEPH ALESIA, (312) 353-6630

Case: 1:04-cr-00464 Document #: 375 Filed: 05/12/04 Page 1 of 1 PageID #:210

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

SHELBY HURD,
a/k/a "Mojo"

**WARRANT FOR ARREST**

FILED
MAY 1 2 2004
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER: 04 CR 464 -28

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SHELBY HURD__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

__Indictment __Information _X_Complaint __Order of court __Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense)

conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 50 grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine, mixtures containing in excess of 5 kilograms of cocaine, mixtures containing in excess of 1 kilogram of heroin, Schedule II Narcotic Drug Controlled Substances, and marijuana, a Schedule I Narcotic Drug Controlled Substance and did aid and abet said conspiracy, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

EDWARD A. BOBRICK
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

May 11, 2004    Chicago, Illinois
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 5/11/04 | SA Michael J Gilloron | *[signature]* |
| DATE OF ARREST | | |
| 5/12/04 | | |

375